IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JOSEPH ASAM, JR.,            )
                             )
         Plaintiff,          )
                             )
vs.                          )    Case No. CV 97-TMP-768-W
                             )
VETERANS ADMINISTRATION;     )
J.M. DOWNES, Regional        )
Office Administrator,        )
                             )
         Defendants.         )

ENTERED

FEB 2 0 1998

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation in the above-styled cause on January 22, 1998, recommending that this action be dismissed without prejudice because the court lacks subject-matter jurisdiction to review the plaintiff's claim that he has been unconstitutionally denied veterans benefits. On February 11, 1998, the plaintiff filed his objection to the report and recommendation and an amendment to the complaint alleging that 38 U.S.C. 511(a) of the Veterans Judicial Review Act is unconstitutional because it is in direct conflict with 42 U.S.C. 1983. Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the objections to it, and the amendment to the complaint, the court is of the opinion that the report is due to be and the same is hereby ADOPTED and the recommendation is ACCEPTED.

Consequently, by separate order, the court will dismiss this action without prejudice due to want of subject-matter

jurisdiction. Additionally, the amendment to the complaint will be denied because there is no conflict between § 511 and § 1983. Section 1983 provides a federal cause of action for violation of constitutional or federal statutory rights by a person acting under color of <u>state</u> law. Plainly, no actions of the Veterans Administration or its regional administrator are taken under color of <u>state</u> law.

DATED this 19th day of February, 1998.

U.S. DISTRICT JUDGE